# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Edmond Paul Price,<br><br>          Petitioner<br><br>     v.<br><br>Jeremy Bean, et al.,<br><br>          Respondents | Case No. 2:24-cv-00789-CDS-EJY<br><br>**Order Granting Motion to Extend Time**<br><br>[ECF No. 16] |

Respondents move for an order extending the time to file their response to the petitioner's first amended petition for writ of habeas corpus. ECF No. 16. I find that respondents' motion is in good faith and not solely for the purpose of delay. In addition, respondents' counsel represents that opposing counsel does not oppose the extension. IT IS THEREFORE ORDERED that respondents' motion to extend time **[ECF No. 16] is GRANTED**. Their response to the first amended petition is due **January 15, 2025**. In all other respects, the schedule set forth in my order of May 10, 2024, (ECF No. 9) remains in effect.

Dated: November 18, 2024

_____
Cristina D. Silva
United States District Judge