# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

Edmond Paul Price,

               Petitioner

  v.

Jeremy Bean, et al.,

               Respondents

Case No. 2:24-cv-00789-CDS-EJY

**Order Granting Motion to Extend Time**

[ECF No. 18]

Respondents move for an order extending the time to file their response to the petitioner's first amended petition for writ of habeas corpus (ECF 14). ECF No. 18. I find that respondents' motion is in good faith and not solely for the purpose of delay. In addition, respondents' counsel represents that opposing counsel does not oppose the extension.

IT IS THEREFORE ORDERED that respondents' motion to extend time **[ECF No. 18] is GRANTED**. Their response to the first amended petition is due **February 14, 2025**. In all other respects, the schedule set forth in my order of May 10, 2024, (ECF No. 9) remains in effect.

Dated: January 24, 2025

_____
Cristina D. Silva
United States District Judge