AARON D. FORD
  Attorney General
ELSA FELGAR (Bar No. 16076)
  Deputy Attorney General
State of Nevada
Office of the Attorney General
100 N Carson St
Carson City NV 89701
(775) 684-1115 (phone)
(775) 684-1108 (fax)
efelgar@ag.nv.gov
*Attorneys for Respondents*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| EDMOND PAUL PRICE, | Case No. 2:24-cv-00789-CDS-EJY |
| Petitioner | **Order Granting Respondents' Motion to Extend Time** |
| v. | |
| JEREMY BEAN, | [ECF No. 26] |
| Respondents | |

Respondents, by and through counsel, AARON D. FORD, Attorney General of the State of Nevada, hereby respectfully move this Court for an order granting a fourteen day enlargement of time, to and including April 14, 2025, in which to file and serve their reply in support of their motion to dismiss the amended petition.

This motion is based upon the provisions of Rule 6(b) of the Federal Rules of Civil Procedure and the attached Declaration of Counsel, as well as all other papers, documents, records, pleadings and other materials on file herein.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

There have been no prior enlargements of Respondents' time to file said reply, and this motion is made in good faith and not for the purpose of delay.

RESPECTFULLY SUBMITTED this 31st day of March 2025.

        AARON D. FORD
        Attorney General

By: /s/ Elsa Felgar
     ELSA FELGAR (Bar No. 16076)
     Deputy Attorney General

Based on the representations of counsel, respondents' unopposed motion seeking additional time to file a reply **[ECF No. 26] is granted**. Respondents' deadline is extended to April 14, 2025.

Dated: April 10, 2025

_____
Cristina D. Silva
United States District Judge

2